B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Majesky, Robert M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8000** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1 Eagle Pointe Drive**<br>**Barrington Hills, IL**<br>ZIP Code **60010** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13      ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."      ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,000<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Majesky, Robert M.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Majesky, Robert M.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Robert M. Majesky**
Signature of Debtor  **Robert M. Majesky**

**X** _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**June 2, 2011**
Date

### Signature of Attorney*

**X** **/s/ Gregory K. Stern**
Signature of Attorney for Debtor(s)

**Gregory K. Stern 6183380**
Printed Name of Attorney for Debtor(s)

**Gregory K. Stern, P.C.**
Firm Name

**53 West Jackson Boulevard**
**Suite 1442**
**Chicago, IL 60604**

Address

**(312) 427-1558  Fax: (312) 427-1289**
Telephone Number

**June 2, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Robert M. Majesky    Case No. _____

_____    Chapter    7 _____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  /s/ Robert M. Majesky
_____
Robert M. Majesky

Date:  June 2, 2011
_____

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Robert M. Majesky _____    Case No. _____

Debtor(s)    Chapter    7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Robert M. Majesky _____    X  /s/ Robert M. Majesky          June 2, 2011
Printed Name(s) of Debtor(s)    Signature of Debtor          Date

Case No. (if known) _____    X _____
Signature of Joint Debtor (if any)          Date

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

1st Muffler & Brakes
3780 Lincoln Highway
Olympia Fields, IL 60461-1602


A&J Products
7554 West 99th Place
Bridgeview, IL 60455-2404


ABC Automotive Electronics
1401 Landmeier Road
Elk Grove Village, IL 60007-2413


Ace Tech, Inc.
3271 Five Points Drive
Suite 200
Auburn Hills, MI 48326-2381


ADP Commercial Leasing
P.O. Box 34656
Newark, NJ 07189


ADP Commercial Leasing, LLC
4 Becker Farm Road, MS 512
Roseland, NJ 07068-1739


ADP Commercial Leasing, LLC
15 Waterview Boulevard
MS #934
Parsippany, NJ 07054-1265


ADP Dealer Services
1950 Hassell Road
Hoffman Estates, IL 60169-6300


Alan Solow
Goldberg Kohn
55 East Monroe
Suite 3300
Chicago, IL 60603


All-Right Sign, Inc.
3628 Union Avenue
Steger, IL 60475-1748

Alldata, LLC
PO Box 848379
Dallas, TX 75284-8379


Allied Business Services
PO Box 7522
Clearwater, FL 33758-7522


Allison Realty, LLC
5355 Miller Circle Drive
Matteson, IL 60443-1483


American Guardian Warranty Services
c/o Sykora & Company, LLC
1 376 Summit Avenue Court C
Villa Park, IL 60181


Americredit Financial Services
c/o Performance Source, Inc.
POB 1905
Highland Park, IL 60035-7905


Anthony Hernandez
1105 Edgerton Drive
Joliet, IL 60435-0411


APD Enterprises, Inc.
Dealer Specialties
PO Box 556
Griffith, IN 46319-0556


APPS Communications, Inc.
10470 West 164th Place
Orland Park, IL 60467-5437


AREA, Inc.
450 Skokie Boulevard
Building 200
Northbrook, IL 60062-7911


Arnie Bauer Buick Pontiac GMC
5525 Miller Circle Drive
Matteson, IL 60443-1482

Arnie Bauer Cadillac
5501 Miller Circle Drive
Matteson, IL 60443-1482


AT&T
PO Box 9001310
Louisville, KY 40290-1310


Auto Guard, Inc.
2126 Brookdale Lane
Palatine, IL 60067-7510


Autobytel, Inc.
POB 59838
Schaumburg, IL 60159


Automotive Parts Service, Co.
2600 Ecslinger Road
Suite A
Franklin Park, IL 60131


Autoweb.com
PO Box 30860
Los Angeles, CA 90030-0860


Axles Etc., Inc.
2800 Bernice Road
Lansing, IL 60438-1271


B&B Radiators Welding
231 West Lincoln Highway
Chicago Heights, IL 60411-2536


B&R Towing
16325 South Crawford
Markham, IL 60428-5309


B&R Towing
16325 South Crawford
Markham, IL 60428


Balloon Promotions
30 Sherwood Lane
Suite F
Fairfield, NJ 07004-3697

Bar None, Inc.
PO Box 509125
San Diego, CA 92150-9125


Barack Ferrazzano Kirschbaum & Nagelbert
200 West Madison
Suite 3900
Chicago, IL 60606


BG Products of Illinois
PO Box 18110
Fairfield, OH 45018-1180


Brown & Joseph, Ltd.
999 North Plaza Drive
Schaumburg, IL 60173-6022


Bulk Master
295 Eastgate Industrial Parkway
Kankakee, IL 60901-5004


C&J Auto Parts, Inc.
3200 South Archer
Chicago, IL 60608-6226


Callcommand
1150 Northlake Drive
#240
Cincinnati, OH 45249-1658


Car Parts Unlimited Distributors
3825 West Lake Street
Chicago, IL 60624-1826


Car.com, Inc.
PO Box 30860
Los Angeles, CA 90030-0860


Carfax
PO Box 79001
Detroit, MI 48279-0002


Carnica, Inc.
1575 East Oakton Street
Des Plaines, IL 60018-2120

Carolyn McCaskill
4 Mason
Hammond, IN 46320-2324


Certegy Check Services, Inc.
PO Box 30038
Tampa, FL 33630-3038


Charter One Bank
One Grant Square
Hinsdale, IL 60521


Cintas the Uniform People
PO Box 88
Hammond, IN 46325-0088


CIQ, Inc.
611 Druid Drive
Clearwater, FL 33756-3959


Citi Cards
P.O. Box 6000
The Lakes, NV 89163-6000


Citibank
P.O. Box 790114
St. Louis, MO 63179-0114


Citibank
P.O. Box 769013
San Antonio, TX 78245-9013


Citizens Bank
120 South LaSalle Street
Suite 1460
Chicago, IL 60603-3575


Citizens Bank
101 North Washington Avenue
Suite 1460
Saginaw, MI 48607-1207


Cole Taylor Bank
P.O. Box 6335
Fargo, ND 58125-6335

ComEd
PO Box 805376
Chicago, IL 60680-4115


ComEd Co
Attn:Bankruptcy Section/Revenue Manage
2100 Swift Drive
Oak Brook, IL 60523-1559


Community Honda
8340 North 159th Street
Orland Park, IL 60462-4841


Cook County Treasurer
Po Box 4488
Carol Stream, IL 60197-4488


Cook County Treasurer
P.O. Box 4488
Carol Stream, IL 60197-4488


Daniel P. Dawson
c/o Nisen & Elliott, LLC
200 West Adams
Suite 2500
Chicago, IL 60606-5232


David Capistran Service
17856 Bock Road
Lansing, IL 60438-1705


Dealer Impact Systems
7725 Douglas Avenue
Urbandale, IA 50322-3037


Dealer Specialties - DLS
PO Box 3250
Norfolk, VA 23514-3250


Dealerlink, Inc.
14221 Ballantyne Country Club Drive
Charlotte, NC 28277-1415

Dealertrack, Inc.
PO Box 6129
New York, NY 10087-0001


Delaware Place Bank
190 East Delaware Place
Chicago, IL 60611-1814


Dentech PDR, Inc.
25529 Northcrest Drive
Minooka, IL 60447-9215


Department of Treasury
Internal Revenue Service
Centralised Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114


Dimonte & Lizak
216 West Higgins Road
Park Ridge, IL 60068-5706


Ding Doctor, Inc.
13713 West Cavecreek Court
Homer Glen, IL 60491-8653


Discover Financial Services
P.O. Box 3025
New Albany, OH 43054-3025


Drive Financial Services, LP
858 North Stemmons Freeway
Suite 900
Dallas, TX 75247


Drivingleads.com, LLC
405 Park Avenue
New York, NY 10022-4405


E&R Towing
16325 South Crawford
Harvey, IL 60426

Eagle Pointe Homeowners Association
2 Eagle Pointe Drive
Barrington, IL 60010


Ed Napelton Kia
727 West Grand Avenue
Elmhurst, IL 60126-1055


EDT & Supplies
37320 Atlanta Street
Palmdale, CA 93552-4330


Elite Equipment Services
20500 East 1500 North Road
Pontiac, IL 61764-3077


Enterprise Rent-A-Car
3270 West Lincoln Highway
Park Forest, IL 60466-1085


Ernest Milton
9566 South Green
Chicago, IL 60643-1506


Fifth Third Bank
5050 Kingsley 1M0C2J
Cincinnati, OH 45263


Fifth Third Bank
Customer Service
MD 1 MOC2G-4050
38 Fountain Square Plaza
Cincinnati, OH 45263


Fifth Third Bank
222 South Riverside Plaza
Chicago, IL 60606


Five Star Management
5343 Miller Circle Drive
Matteson, IL 60443-1483


Fox Valley Volkswagen
560 West North Avenue
West Chicago, IL 60185-6237

Frame Tech, inc.
7319 Duvan Drive
Tinley Park, IL 60477-3712


Frank Tobey
947 Aspen Drive
Lombard, IL 60148-4255


G&H Import Auto Parts, Inc.
9734 Sourth Cicero Avenue
Oak Lawn, IL 60453-3139


Global Payments
PO Box 66700
Chicago, IL 60666-0700


Globalcom, Inc.
4070 Paysphere Circle
Chicago, IL 60674


GMAC Risk Services
PO Box 66768
Charlotte, NC 28266


Gordon and Karr, LLP
150 North Wacker Drive
Chicago, IL 60606-1611


Greater Chicago Auto Auction
20401 Cox Avenue
Matteson, IL 60443-1856


Gurley Leep Volkswagen
4004 North Grape Road
Mishawaka, IN 46545-2612


Harris Bank
3800 Gold Road
Suite 300
Rolling Meadows, IL 60008-4005


HDT & Supplies
37320 Atlanta Street
Palmdale, CA 93552

Illiana Financial, Inc.
PO Box 1127
Elmhurst, IL 60126-8127


Illinois Department Employment Security
PO Box 803412
Chicago, IL 60680-3412


Illinois Department of Employment
33 South State Street
Suite 930
Chicago, IL 60603


Illinois Department of Employment Securi
33 South State Street
Chicago, IL 60603-2802


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664-0338


Illinois Secretary of State
Vehicle Services Department
330 Howlett Building
Springfield, IL 62756


Illinois Secretary of State
James R. Thompson Center
Chicago, IL 60601


Inland Arts & Graphics
14440 West Edison Drive
New Lenox, IL 60451-3673


Interactive Financial Marketing
PO Box 3854
Norfolk, VA 23514-3854

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326


Internal Revenue Service
Associated Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606-5208


Isuzu Motors America, Inc.
13340 183rd Street
Cerritos, CA 90703-8748


It's A Green Thing
PO Box 1721
Matteson, IL 60443-4721


J&J's Creative Colors
PO Box 112
Oak Forest, IL 60452-0112


James Newbold, Asst. Atty General
100 West Monroe Street
13th Floor
Chicago, IL 60603-1967


Joe Rizza Ford
8100 West 159th Street
Orland Park, IL 60462-4939


Julia E. Jenson
Dimonte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5706


Kenya White
c/o Consumer Legal Services, PC
649 North York Road
Elmhurst, IL 60126-1604


Keystone
3327 West 47th Place
Chicago, IL 60632-3012

Kia Motors America, Inc.
9801 Muirland Boulevard
Irvine, CA 92619


Kralovec Meenan, LLP
53 West Jackson Boulevard
Chicago, IL 60604


KREX, Inc.
450 Skokie Boulevard
Building 200
Northbrook, IL 60062


Land and Lakes Disposal
21900 South Central Avenue
Matteson, IL 60443-2802


Laurel Audi of Tinley Park
8021 West 159th Street
Tinley Park, IL 60477-1214


Levin Tire Center
4646 West Lincoln Highway
Matteson, IL 60443-2315


Lincoln Plaza Auto Parts
25731 Governors Highway
Monee, IL 60449-8533


LKQ Corp.
2101 Beloit Avenue
Janesville, WI 53546-3024


Loran J. Critchett and Sons, Inc.
4140 West 127th Street
Alsip, IL 60803-1925


M&V Service, Inc.
25602 South Linden Avenue
Monee, IL 60449-8522


Martech Automotice Distribution, Inc.
109 South Taylor Street
Marengo, IL 60152-3147

Martin Boyer Company, Inc.
PO Box 71032
Chicago, IL 60694-1032


Master Auto Supply, Ltd.
22 East Lincoln Highway
Frankfort, IL 60423-2900


McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146-1807


Metro Milwaukee Auto Auction
561 27th Street
Caledonia, WI 53108


Michael G. Bergstrom
2612 Indiana Avenue
Lansing, IL 60438-2141


Midwest Welding Supply
2205 South Halsted Street
Chicago Heights, IL 60411


Miller Corcoran Buick Pontiac
5501 Miller Circle Drive
Matteson, IL 60443-1482


Model Electronics
615 East Crescent
Ramsey, NJ 07446


Monarch Auto Supply, Inc.
1112 Halsted Street
Chicago Heights, IL 60411


National Credit Center, Inc.
2605 Camino Del Rios
#400
San Diego, CA 92108


Neopost, Inc.
1335 Valwood Parkway
Suite 111
Carrollton, TX 75006

Nicor Gas
PO Box 416
Aurora, IL 60568-0001


Oncecommand, Inc.
PO Box 200245
Pittsburgh, PA 15251


Paulson Oil Company
P.O. Box 45800
Chesterton, IN 46304-0903


Phillips Chevrolet
33 West Lincoln Highway
Frankfort, IL 60423-1399


Pierce & Associates
1 North Dearborn Street
Suite 1300
Chicago, IL 60602


Planet Toyota
5540 Auto Court
Matteson, IL 60443


Polsinelli Shugart, PC
180 North Stetson
Suite 4525
Chicago, IL 60601-6733


Procount Services, Inc.
12729 Waterford Boulevard
Plainfield, IL 60585-2488


Program One
960 Rand Road
Suite 102
Des Plaines, IL 60016-2300


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600

RBS Citizens NA dba Charter One
71 S. Wacker Drive
Chicago, IL 60606


Rosenfeld Hafron Shapiro & Farmer
221 North LaSalle Street
Suite 1763
Chicago, IL 60601


Rowlett Hill
100 Highland Park Village
Suite 200
Dallas, TX 75205-2720


RPM n/k/a Northlake Drive
11500 Northlake Drive
Cincinnati, OH 45249-1650


S&S Automotive Group
740 North Larch Avenue
Elmhurst, IL 60126-1569


Safe Guard
Suite 400
Atlanta, GA 30305


Safeco Business Insurance
P.O. Box 66768
Saint Louis, MO 63166-6768


Salesgenie.com
PO Box 3603
Omaha, NE 68103-0603


Scott's U-Save
3530 Chicago Road
Steger, IL 60475-1617


Secure Solutions, Inc.
12073 Holly Court
Lemont, IL 60439-6784


Silver Auto Sales, Inc.
198 Industry Avenue
Frankfort, IL 60423-1653

Snap-On Business Solutions
23756 Network Place
Chicago, IL 60673-1237


Snap-On Equipment Solutions
27001 Network Place
Chicago, IL 60673-1270


Snap-On Equipment Solutions
23756 Network Place
Chicago, IL 60673-1270


South Oak Dodge
4550 West Lincoln Highway
Matteson, IL 60443-2377


Southlake Kia
4501 East Lincoln Highway
Merrillville, IN 46410


Southside Autobath
12 West Sauk Trail
Chicago Heights, IL 60411-5443


Speedway
P.O. Box 740587
Cincinnati, OH 45274-0587


Speedway SuperAmerica, LLC
Subsidiary Marathon Petroleum, Co., LLC
P.O. Box 1590
Springfield, OH 45501-1590


Stg Commercial Credit
P.O. Box 419327
Kansas City, MO 64141


Superior Elevator Company
13722 Logan Drive
Orland Park, IL 60467-6802


Sutton Ford Superstore
21315 Central Avenue
Matteson, IL 60443-2893

Tele Direct Call Centers
4741 Madison Avenue
Suite 200
Sacramento, CA 95841-2580


The AD People, Inc.
1411 Opus Place
Downers Grove, IL 60515-1182


The Reynolds and Reynolds Company
23150 Network Place
Chicago, IL 60673-1231


The Tire Rack Wholesale
7101 Vorden Parkway
South Bend, IN 46628-8422


Thomas Kia
9825 Indianapolis Boulevard
Highland, IN 46322-2622


Top Coverage South
7520 West 98th Place EN
Bridgeview, IL 60455-2312


Top Coverage South
7520 West 98th place EN
Bridgeview, IL 60455


Tri City Garage Doors, Inc.
225 Harvard Avenue
Bourbonnais, IL 60914-1118


TWAS Recovery, Inc.
P.O. Box 164
Crete, IL 60417-0164


U.S. Gas
11618 South Mayfield Avenue
Alsip, IL 60803-6010


Unishippers
2500 North Higgins Road
Suite 1110
Hoffman Estates, IL 60169-2050

Universal Underwriters Group
Attn: Donna Miller
4th Floor
7045 College Boulevard
Leawood, KS 66211


Universal Underwriters Insurance Co.
3479 Paysphere Circle
Chicago, IL 60674-0034


UPS
P.O. Box 25084
Lehigh Valley, PA 18002


UPS
Lock Box 577
Carol Stream, IL 60132-0001


Van's Paintless Dent Repair
3500 B. 87th Avenue
Crete, IL 60417-4900


Village of Matteson
4900 Village Commons
Matteson, IL 60443-2666


Volkswagen
P.O. Box 78212
Detroit, MI 48278-0001


Volkswagen of America, Inc.
3800 Hamlin Road
Auburn Hills, MI 48326-2855


VW of Orland Park
8920 West 159th Street
Orland Park, IL 60462-5620


Warehouse Direct Office Products
1601 West Algonquin Road
Mount Prospect, IL 60056-5503


Wells Fargo Financial
P.O. Box 6434
Carol Stream, IL 60197-6434

Wells Fargo Financial Leasing
365 West Passaic Street
Rochelle Park, NJ 07662-3017

Wheel Wax
P.O. Box 1146
Parker, CO 80134-1146

Who's Calling
P.O. Box 3675
Seattle, WA 98124-3675

Woodware & Associates, Inc.
800 Walnut Street
MAC F4031-050
Des Moines, IA 50309-3891

Zurich Insurance
6133 North River Road
Suite 940
Des Plaines, IL 60018-5195